

DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE:   (862) 227-3106
FAX:       (973) 282-8603

> Application granted. The initial conference is adjourned from October 5, 2023 to October 19, 2023 at 3:00 p.m. using the same dial-in instructions previously provided.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           August 29, 2023

**VIA ECF**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    **RE:** Rothman v. Loancare, LLC
    **Case:** 7:23-cv-07023-PMH
    **Consent Letter Motion for Adjournment of Rule 16 Conference**

Judge Halpern,

    I represent Plaintiff Yosef Rothman ("Plaintiff") in the above referenced case. The Court has scheduled a Rule 16 Conference for October 5, 2023. I write to request adjournment of that conference date. October 5, 2023 falls out during the Jewish holiday of Sukkot. In observance of the holiday, I will not be working that day.

    Defendant consents to the adjournment.

    Plaintiff thanks the Court for its attention to this matter.

                                Very truly yours,

                                *Daniel Zemel*

                                Daniel Zemel, Esq.

CC: All counsel of record via ECF

1