

ELIZABETH APOSTOLA, ESQ. (NY, MA)
400 SYLVAN AVE., SUITE 200
ENGLEWOOD CLIFFS, NEW JERSEY 07632
PHONE: (862) 227-3106
FAX: (973) 282-8603

>Application granted. The pre-motion telephone conference is adjourned from February 8, 2024 to March 12, 2024 at 9:30 a.m. using the same dial-in instructions previously provided.
>
>SO ORDERED.
>
>_____
>Philip M. Halpern
>United States District Judge
>
>Dated:  White Plains, New York
>             February 6, 2024

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    **RE:** **Rothman v. Loancare, LLC**
    **Case:** **7:23-cv-07023-PMH**
    **Consent Letter Motion for Adjournment of Pre-Motion Conference**

Judge Halpern,

    My firm represents Plaintiff Yosef Rothman ("Plaintiff") in the above-referenced case. The Court has scheduled a Pre-Motion Conference for February 8, 2024 in this matter. Lead Counsel, Daniel Zemel, is currently out of the country on vacation through February 12, 2024. As such, I write to request an adjournment of that conference date for one week, until October 15, to allow for Mr. Zemel to return.

    Defendant consents to the adjournment.

    Plaintiff thanks the Court for its attention to this matter.

    Very truly yours,

    *Elizabeth Apostola*

    Elizabeth Apostola, Esq.

CC: All counsel of record via ECF